IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40028
Conference Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

C. W. FIELDS, also known as
William T. Neilley,

Defendant-Appellee.


- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:94-CV-260
- - - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

C.W. Fields appeals the denial of his motion filed pursuant
to 28 U.S.C. § 2255.  He argues that the district court erred
when it sua sponte determined that he was procedurally barred
from arguing that the sentencing court was required to give him
notice of an upward departure.

Because the court's failure to give notice of intent to
upwardly depart is not an error of constitutional or
jurisdictional magnitude, see United States v. Faubion, 19 F.3d

---

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

226, 233 (5th Cir. 1994), and the issue could have been raised on direct appeal, it may not be considered on collateral review. United States v. Capua, 656 F.2d 1033, 1037 (5th Cir. 1981).

AFFIRMED.